* NO CASE #
NO FIRST NAME

Christopher T BURNS
CDCR NO K-56680
Baker Facility, Cell NO 4259
California Mens Colony
State Prison
P.O. Box 8101
San Luis Obispo, California
93409-8101

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

55

February 03rd, 2008

CV 08    1112

JSW

(PR)

United States District Court
For the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94/02

Case Name : *Perez v. Tilton, [N.D. Cal], Prisoner
Class Action Lawsuit.

Case NO:

Dear Clerk of the Court:

        Please find enclosed with this cover letter, my
Notice of Motion, Motion and Declaration in support thereof
dated February 03rd, 2008 I am submitting for processing,
and filing for the Perez v Tilton, [N.D. Cal] Prisoner
Class Action Lawsuit. Clerk of the Court, please file
(Continued, see the back side of this cover letter.

                    Front Side
                    Page No One of one

Christopher T BURNS
CDCR No R 38688

Baker Facility, Cell No 4259
California Mens Colony
State Prison
P.O. Box 8101
San Luis Obispo, California
93409 - 8101

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perez, et al.<br>Plaintiffs,<br><br>VS<br><br>Tilton, et al.<br>Defendants. | Case NO:<br><br>Prisoner Class Action Lawsuit |

PLAINTIFF CHRISTOPHER T BURNS SEEKS LEAVE OF COURT TO FILE THIS NOTICE OF MOTION, MOTION AND DECLARATION OF CHRISTOPHER T BURNS IN SUPPORT THEREOF WITH THIS COURT REQUESTING A COURT HEARING INTO DEFENDANTS CONTINUAL PSYCHOLOGICAL AND PHYSICAL TORTURE OF PLAINTIFF BURNS IN UTTER CONTEMPT OF THIS COURTS ORDERS AND IN VIOLATION OF THE Perez PRISONER CLASS ACTION LAWSUIT.

Christopher T BURNS
CR.R NO K-30680
Baker Facility, cell No 4259
California Mens Colony
State Prison
P.O. BOX 8101
San Luis Obispo, California
93409 - 8101


UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


Perez, et al
Plaintiffs,                    )      Case No:

                              )      Prisoner Class Action Lawsuit

vs                            )

                              )

Tilton, et al                 )
Defendants.                   )


PLAINTIFF CHRISTOPHER T BURNS SEEKS
LEAVE OF COURT TO FILE THIS NOTICE OF
MOTION, MOTION AND DECLARATION OF
CHRISTOPHER T BURNS IN SUPPORT THEREOF WITH
THIS COURT REQUESTING A COURT HEARING
INTO DEFENDANTS CONTINUAL PSYCHOLOGICAL
AND PHYSICAL TORTURE OF PLAINTIFF BURNS IN
UTTER CONTEMPT OF THIS COURTS ORDERS AND IN
VIOLATION OF THE PRISONER CLASS ACTION LAWSUIT,
OF PEREZ VS Tilton.

## COURT JURISDICTION

### PLAINTIFF Christopher T Burns,

California Department Of Corrections and Rehabilitation, [CDCR] No K-30680 is a California State Prisoner and is a member of the Perez vs Tilton, [N D Cal] Prisoner Class Action Lawsuit and thus this Court has Jurisdiction over the Services, treatments, Care and Conditions the CDCR and its employees provide for and give to Plaintiff BURNS during his present Confinement in the CDCR of the California Men, Colony [CMC] State Prison in San Luis Obispo, California.

HH
HH
HH
HH
HH
HH
HH
HH
HH
HH
HH
HH
HH
HH
HH
HH
HH
HH

# TABLE OF CONTENTS

Pages

I.    Notice of Motion,
      Motion, Declaration in
      support thereof by
      Plaintiff Burns
      seeking Leave of Court
      therein to request a
      Court hearing into
      Defendents Continual
      Psychological and
      Physical torture of
      Plaintiff BURNS.                    1

II.   Court Jurisdiction               2

# TABLE OF CONTENTS CONTINUED

Page NO

C.

Ineffective Assistance of          9 — 10
Appointed Counsel

D.

CDCR Nullification

10

E.

Overcrowding in the CDCR          11

1) Near death direct
result of CDCR
Prison Overcrowding          11 — 12

2) The Honorable Federal
District Pamela Ahn          12 — 14
Bymer, to the CDCR
twenty-five [25] years
ago in Dohher v McCathy
[CDC.i] 1985, Admonishmel
to reduce Prison overcrowding,

— 5 —

## III.

[ DECLARATION OF PEREZ PLAINTIFF
CHRISTOPHER T BURNS IN SUPPORT OF
SEEKING LEAVE OF COURT TO FILE THIS
NOTICE OF MOTION, MOTION AND DECLARATION,
REQUESTING A COURT HEARING INTO DEFENDANTS
CONTINUAL PSYCHOLOGICAL AND PHYSICAL
TORTURE OF PLAINTIFF BURNS IN UTTER
CONTEMPT OF THIS COURTS ORDERS AND IN
VIOLATION OF THE PEREZ PRISONER CLASS
ACTION LAWSUIT. ]

## A.

[ CASE HISTORY ]

I, Christopher T BURNS, Declare

as follows:

I am a state of California Prisoner,

CDCR NO K-30680 and I am currently confined of the

California Mens Colony [CMC] State prison in San Luis Obispo

California

to actively participate, write and mail my written comments to the Honorable Judge Jeffrey White and the Court during the time period for the comments on the fairness of the Perez vs Tilton consent Decree before Judge White approved or rejected the Perez consent Decree. Had I been available and not incapacitated by the forced, negligent psychotropic drugging I would have written and mailed my comments on the fairness of the Perez consent Decree to this court before Judge white approved or rejected the Perez vs Tilton consent Decree

## C.

### [INEFFECTIVE ASSISTANCE OF APPOINTED COUNSEL]

Over the past fifteen [15] month, I have filed over ten [10] complaint letters with

UH
UH
UH
HH
HH

The current overlapping, confluence and intersection, of Federal lawsuits to address and correct Defendants Nullification as found and concluded in the Perez, Plata and Coleman cases have further made abolishing this Nullification, complex, monumental and unprecedented, as the Perez, Plata and Perez cases overlap, intersect and are connected in over thirty [30] areas.

E.

[OVERCROWDING IN THE CDCR]

1)

The serious harm and near death I almost suffered as stated in the following pages of this Declaration are a direct result of CDCR Prison

|||
|||
|||
|||
|||
|||

Appeals Judge Pamela Ann Rymer wrote in Dohner v McCarthy [CD Cal] 1985, in Paul quote:

[Planning has lagged behind reality. It is imperative that it catch up. It is equally important that the task of Planning and implementing a Plan for the resolution of Overcrowding in general, and double celling in particular be done for the System as a whole, by those who are professional in the administration of Penal Institutions.

LH
LH
LH
LH
LH
LH
LH
LH


F.

[PLAINTIFF BURNS REQUESTED A
TEMPORARY RESTRAINING ORDER, TRO
FROM THE (THELTON) HENDERSON COURT
OVERSEEING THE PLATA US SCHWARZENEGGER
PRISONER CLASS ACTION LAWSUIT TO ORDER
DEFENDANTS TO PROVIDE PLAINTIFF BURNS
WITH MEDICALLY NESSARRY DENTAL ITEMS,
SERVICES, MEDICAL ITEMS, SERVICES AND
TREATMENTS TO ALLEVIATE BURNS Serious
AND EXCRUCIATING PAIN AND INFLAMMATION
IN BURNS TONGUE AND GUMS, DEFENDANTS
WERE FAILING ADN DENYING TO PROVIDE
BURNS WITH, THEREBY CAUSING BURNS TO
SUFFER.]

On January 30th, 2008 I mailed a

Petition dated January 30th, 2008 requesting a

Temporary Restraining Order from the Henderson Court

Overseeing the Plata v Schwarzenegger Prisoner Class

Action Lawsuit requesting the Court to Order

Defendants to provide me with (Medical Necessary)

medical and dental items, treatment and services to

alleviate the excruciating pain and inflammation. I was

‖‖
‖‖
‖‖

doses of Anti-Inflammatory and pain medication to alleviate the mild to excruciating pain and inflammation I experience from my dental and medical problems.

These medical problems overlap my dental care in the Perez Case as will be clearly seen in the following paper of this Declaration. As of the present day to date my (TRO) is still pending, a decision before the Henderson Court.

I now (seek leave of court to file this Notice of Motion, Motion and Declaration in support there of Requesting a court hearing into Defendants continued Psychological and Physical torture of me in violation of the Courts Orders and the Perez Consent Decree.

LH
LH
LH
HH

-17-

I experienced sever and excruciating pain and inflammation
in my gum. After I was examined by two (2)
other dentists of Ironwood State Prison during this four
month period my case was being reviewed by CDCR
Mental health employees and psychiatrist of Ironwood
State Prison, who will then Ironwood Dentists who
examined me, concluded I was not suffering from
Dental problems that caused excruciating pain and
inflammation but my dental problems were delusions,
I was suffering from and then placed in an
Ironwood State prison Mental Health Crisis bed as
a result of a misdiagnosis of my Dental problems.

After a number of days in the Mental
Health crisis bed I was then placed in the Ironwood
State prison Administrative Segregative housing unit for
two (2) weeks without any anti-inflammatory or
pain medication to reduce the visible swelling in
HH
HH
HH
HH

- 19 -

Of my teeth a tooth that was cracked and exposed a nerve that was responsible for causing me excruciating pain and inflammation in my tonge and gums. Dr Van Mohr bonded and sealed my cracked tooth and openly prescribed Synsedyne Sensitive teeth toothpaste as a daily treatment for brushing my teeth and a soft bristle toothbrush to brush my teeth with.

Dr Van Mohr also told me I needed to goto a well equiped Medical facility like a Medical research University with Medical and dental resources to adequitely and effectively diagnose and treat my medical and dental condition.

The previous account and summary of Ironwood State prison Dental, medical and mental health dismissing my dental, medical problems and periodontal littleg plagus as delusions and the discovery and treatment of Dentist Dr Van Mohr to seal and bond a cracked tooth that exposed a nerve is
₤
₤
₦
₤

-21-

Suffer from other serious medical and dental symptoms and problems Physicians have currently been unable to accurately and currently diagnose and I am currently seeking to be examined by a Rheumatologist.

Periodontal Lichen Planus is a disease of the tissue of the mouth and causes mild to excruciating pain and inflammation in the tissue of the mouth. There is no known cure for Periodontal Lichen Planus. Reasonable Physicians disagree as whether to classify Periodontal Lichen Planus as an AutoImmune disease.

A special daily food item diet and good daily oral hygiene with a soft bristle toothbrush and sensitive teeth toothpaste, dental floss are the best daily treatments to minimize and reduce the pain and inflammation associated with Periodontal Lichen Planus. Dentists, Dieticians, Dermatologists and Physicians,

Periodontil Lichen planus.

Around February 08 the year 2006 while at the California Mens Colony State Prison I stopped eating my daily Prison issued food meals and did not eat any food for the next Seven (7) consecutive days. Around the Second day of this Seven (7) day period when I did not eat any food CMC State Prison Dentist, Dr Carvahlo examined my dental problems and Symptoms and misdiagnosed my symptoms, dental problem now known th part as Periodontil Lichen planus and Dr Carvahlo along with CMC State prison, psychologist Dr Wolfe described and dismissed my Periodontil Lichen planus and dental problems and symptoms as delusions I was experiencing from a mental illness I was suffering from. Dr Carvahlo's dental examination of my dental problems and symptoms was relied upon and used by Dr. Wolfe and CMC State prison mental health employees to describe and dismiss my dental problems and symptoms as delusions I

₩
₩

On June 06, 2006 A California Administil Law Judge Ordered the CDCR and CMC State prison employees to immediately stop psychotropically drugging me because the Administin Law Judge was presented with no evidence that CDCR and CMC State prison employees attempted to use the [least restruction remedies] of a special food item daily diet and Synsedyne sensitive teeth toothpaste I repeatedly requested of CMC State prison employees before CMC State Prison employees subjected me to the harm, dangers and Adverse side effects of forced psychotropic drugging against my voluntary consent. Had CMC State prison employees used the [least restructure and intrusive means and remedies] of a special daily food item diet and Synsedyne sensitive teeth toothpaste before subjecting me to Malicious and negligent Psychotropic drugging, the harm and my hospitalization as a result of almost dying could have been prevented, but instead the CMC State prison employees triggered the [Egg SHell - Old Soldier Legel doctrine] by the grossly negligent psychotropic drugging, that almost

HH
HH

- 27 -

My dental complaints, problems and symptoms as delusions of my mind. Dr. Weaver, Dr. Myers, Dr. Wolfe, Dr. Caruchio then intentionally and unjustly psychotropically drugged me and the effects of these grossly sadistic and maliciously negligent psychotropic druggings almost killed me.

The California Department of Corrections and Rehabilitations and the California Mens Colony State Prison use the following unlawful prison Management Philosophy to control, operate and manage Prisoners confined in the California Department of Corrections and Rehabilitation and confined at the California Mens Colony State Prison.

The California Department of Corrections and Rehabilitation (CDCR) and the California Mens Colony (CMC) State prison regard Prisoner (Dental Services under the Perez v Tilton Case; Medical Services

╫
╫
╫

-29-

System of rewards and punishments
founders. . . .

In the first place, the
punishments which the officials
can inflict — for theft, assault,
escape attempts, gambling, insolence,
homosexuality and all the other
deviations from the pattern of
behavior called for by the
regime of the custodian ( do not
represent a profound difference
from the prisoner's usual status.
It may be that when men are
chronically deprived of liberty,
material goods and services,

LH
LH
LH
LH
LH

−31−

May mean the difference in existence which can be borne, painful though it may be and one which cannot.

To this we must couple the important fact that such punishment as the custodian can inflict may lead to an increased prestige for the punished prisoner in the eyes of his fellow prisoners. He may become a hero, martyr, a man who has confronted his captors and dared them to do their worst.

## ⊬ ⊬ ⊬ ⊬ ⊬ ⊬ ⊬

as the Just due of the Prisoner
which should not turn on the
question of obedience or
disobedience within the walls.
[The Technical
word for this previously
described Prison Management
Philosophy is [DULOCRACY]

After all the Prisoner Population
claims that Mail, Visiting, exercise,
Dental services, Medical services and Mental
Health services are prisoner rights guaranteed
by the Constitutional (Framers) as codified
in the Bill of Rights. [see, Law and
The Behavioral sciences, copyright 1969,
written and edited by University of Stanford,
Law professor, Lawrence Friedman and University
Of Wisconsin, Law professor, Stewart Maccauley].

14
— 35 —

Chief dental officer of the day. Dr Carvello then terminated my dental appointment and said I was not cooperating with him to receive dental care and services.

On January 03, 2008 for the second time CMC State prison Dentist Dr Carvello attempted to examine, treat and diagnose my dental problems, symptoms and Periodontal Lichen Planus. I told Dr Carvello it was inappropriate for him to treat and examine my dental problems because in 2006 he had been negligent in treating and diagnosing my dental problems and Periodontal Lichen Planus and I almost died from his negligent misdiagnoses this subjected me to forced psychotropic druggings. Dr Carvello terminated my Dental appointment and said I was refusing dental treatment; I again requested Dr Carvello to have another CMC State prison Dentist examine and treat my dental problems and Periodontal

H
H
H
H

and terminated my dental appointment.

CMC State prison Dentist, Dr Carvahlo is attempting to manipulate my current circumstances to gain my consent to continue to treat my dental problems, symptoms and Dr Carvahlos misdiagnosis of my now Known Periodontil Lichen Planus in an attempt to use the [Assumption of the Risk doctrine] as a defense to the deliberate indifference Dr Carvahlo committed against me when he misdiagnosed my Periodontil Lichen Planus in 2006, that lead to the grossly negligent psychotropic drugging of me that almost Killed.

On December 25, 2007 I was placed in the CMC state prison Administrative Segregation housing [Isolation unit] unit with Justification and from December 25, 2007 to the present day to date while housed in the Administrative Segregation unit [Isolation unit] CMC state prison medical and Dental

#H
#H
#H

Still refuse to provide me with a medical necessity Soft bristle tooth brush, Aquafresh Sensitive teeth toothpaste, a special daily food item diet, Medical and dental Services and treatment, as these items, diet and Services and treatment are needed, necessary to reduce and alleviate the mild to excruciating Pain and Inflammation I am in as a result of my Present Dental, medical problems and Periodontal Gum Disease.

On January 03rd, 2008 I filed an CDCR Administrative Prisoner Appeal dated January 03rd, 2008 with the CMC State Prison Administrative Prisoner Appeals Coordinator. I request this Appeal to be processed as an Urgent/Emergency Appeal to address and minimize the Inflammation and Pain from my present dental, medical problems and

Around January 16, 2008 I received a
CDCR Screening Notice Appeal from the CMC
State prison Appeals Coordinator stating the Appeals
Coordinator was refusing to process my Appeal
dated January 03, 2008 that requested the previously
mentioned dental items, medication and special diet
is paid for the following reasons.

[ Your submitted Appeal
 [dated January 03rd, 2008) Containing Medical
dental, property issues. You will need to
Separate your issues by writing a new appeal
on each issue....

You may submit only one appeal
Per week so pick which issue is most important
to you and send only one appeal per week. ]
Ht
Ht
Ht
Htt
Htt

On January 03rd, 2008, because I am confined in prison, have suffered much and may suffer much more, I requested my Mother MS Evelyn Burk) to faxsimile a (Temporary Restraining Order) Petition to The (Thelton) Henderson Court Overseeing the Plata vs Schwarnegger, Prisoner Class Action Lawsuit with a general summary of the previously stated facts in this Declaration. My beloved mother without my knowledge revised my statement of facts and summary and wrote and mailed a letter dated January 23rd, 2008 to Judge Henderson about my current dental and medical problem addressed in this Declaration of CMC State prison. My Mother lost her Son my Identical Twin brother in the year of 1994 to suicide.

lll
lH
lH
lA
lH
lH
lH
lH
lH

- 45 -

to diagnose and treat my present dental and medical symptoms, problems and periodontic Lichen plenus

I cannot use the current CDCR state issued General population or Administration segregation housing units, (MADE IN CHINA) TOOTH BRUSHES OR TOOTHPOWDER All these items, the Tooth brush and the both powder are highly abrasive and irritate, aggravate and inflame my medical and dental problems and my periodontal Lichen Plenus.

It Appears that from the previous stated facts that CMC State prison Dental, medical and Mental health employees along with Prison officials, are Intentionally delaying and denying to provide me with the previous Mentioned Dental and Medical medically Necessary items, diet, and Odjobjg services and
HH
HH
HH
HH

# CONCLUSION

I, [SEEK LEAVE] from this court, to file this Notice of Motion and Motion and my Declaration in Support thereof, for the previously various stated therein a Request this Court to hold a court hearing without delay into Defendant continual Psychological and Physical torture of me in utter contempt of this court/ orders and in violation of the Perez vs Tilton, Prisoner CLASS Action Lawsuit.

I, declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 03rd day of February 2008 at the California Mens Colony State Prison in San Luis Obispo, California.

Christopher T Burns
Christopher T BURNS

EXHIBIT

LETTER

[ A ]

[ COPY of CPCR ADMINISTRATIVE
PRISONER APPEAL, DATED, JANUARY 03, 2008
RESQUESTING MEDICALLY NECESSARY ITEMS,
MEDICATION, SPEAIL DIET OF FOOD, ]

EXHIBIT LETTER [A]

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Christopher T BURNS | K-30680 | Unassigned | Ad-Seg 4221 |

A. Describe Problem: Because of the following facts and reasons I request CMC State Prison employees to process this Appeal as an Urgent/Emergent CDCR Administrative Prisoner Appeal. On Christmas Day December 25, 2007 at the California Men Colony (CMC) in San Luis Obispo California, Christopher T BURNS, Appellant CDCR No K-30680 was placed in CMC State Prisons Administrative Segregative (Ad-Seg) housing Unit. During BURNS Pre Ad-Seg Medical Report of Injury Or Unusual Occurence (CDCR 7219) examination Burns told the (continued, see the Frontside of Attachment No one, A Describe Problem)

If you need more space, attach one additional sheet.

B. Action Requested: For the facts and reasons stated in Section A Describe Problem of this Appeal BURNS, Appellant Request CDCR and CMC State Prison employees take the following Action 1) Process this Appeal as an Urgent/Emergent Appeal to reduce (Continued, see the Backside of Attachment No one, B Action REQuested)

Inmate/Parolee Signature: *Christopher T BURNS*                    Date Submitted: 01/03/2008

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

FRONT SIDE OF ATTACHMENT NO. ONE
A DESCRIBE PROBLEM, CONTINUED

examing Nurse, Burns suffers from Periodontal Lichen Planus and other medical and dental problems that require Burns to use a soft bristle toothbrush, Aquafresh sensitive teeth toothpaste, Dental floss and adequate anti-inflammation medication to reduce inflammation associated with BURNS medical and dental problems. Upon BURNS placement in Ad-Seg on December 25, 2007 around 10:30 AM Burns told the Ad-Seg housing unit Nurse this Burns suffers from Periodontal Lichen Planus, medical and dental problems that require Burns to use a Soft bristle toothbrush, Aquafresh Sensitive teeth toothpaste, Dental Floss and Ibuprofen. This nurse later told Burns that Ad-seg employees would provide Burns with Burns personal Soft Bristle toothbrush, personal Aquafresh Sensitive teeth toothpaste, Dental floss that was in Burns personal Property. All of today Ad-seg employees have never Provided Burns with their Medically necessary dental items. On December 26, 2007 Burns gave the Pm Shift Ad-Seg Nurse a CPCR Health Care Services Request Form [7362] requesting Burns be provided with the Medically Necessary dental items of a Soft bristle toothbrush, Aquafresh Sensitive teeth toothpaste and dental floss. On December 27, 2007 Burns gave the Am Shift Ad-seg Nurse two (2) different CPCR Health Care Services Request form [7362]. The first request, requested Soft bristle toothbrush, sensitive teeth toothpaste, Dental floss. The second CPCR Health care request, requested a physician or dentist to increase Burns Ibuprofen from One 400 mg Tablet to be taken three times a day to two 400 mg Tablets to be taken three times a day as needed because the Present dosage of one 400 mg tablet a day is Inadequate, ineffective to minimize and reduce the severe Pain and inflammation Burns suffers from. On December 31, 2007 Burns was interviewed by the Baker Facility Triage nurse about Burns request dated December 27, 2007, requesting an increase in Burns Ibuprofen medicine. This nurse said she did not have Burns CPCR Medical file before to read and review and did not know where Burns CPCR Medical file was and told Burns she could not help Burns and a physician would see Burns in two weeks. This nurse left Burns in pain with Inflammation and the nurse could have Cared less. On January 01st, 2008 Burns gave the Am Shift Nurse a CPCR Medical Health Care Services Request Form [7362], requesting a physician, Dietician or dentist to issue an order to provide Burns with a daily food diet to reduce, minimize the Inflammation and pain Caused by Burns Present State issue daily diet that irritates and aggravates Burns Dental and medical problems. Again on January 02, 2008 Burns gave a Pm Shift Nurse CPCR Form [7362] requesting a State Issued daily diet to accommodate his medical and dental conditions. On January 03rd, 2008 CMC State Prison Dentist Dr Carvahlo attempted to examine Burns for Burns Dental problems and Periodontal Lichen Planus. Burns told Dentist Dr Carvahlo it was not appropriate for Dr Carvahlo to examine Burns as Dr Carvahlo misdiagnosed Burns Periodontal Lichen (continued, see the backside of this page A Describe Problem)

BACK SIDE OF ATTACHMENT NO. ONE

A. DESCRIBE PROBLEM, CONTINUED

Planus in the year of 2006 during an examination by Dr. Carvalho of Burns. This misdiagnosis of Burns Periodontal during a negligent examination by Dentist Dr. Carvalho was used and relied upon by CMC State Psychiatrist Dr. Walts and CMC State Prison Mental health employees to describe Burns Symptoms as delusion, and Burns, was then subjected to forced psychotropic drugging that caused Burns to Spiral into a deep depression that induced Burns to cut his wrists, overdose on Asprin and almost killed Burns, as Burns was hospitalized in the Intensive Care Unit of Sierra Vista Regional Medical Center. Because of the Past Adverse history of negligence and the misdiagnosis of Burns Periodontal Lichen Planus by Dr. Carvalho and the subsequent Psychotropic drugging, Burns told Dr. Carvalho it was Inappropriate for Dr. Carvalho to examine and treat Burns dental Problems, and Burns requested Dr. Carvalho on (January 02nd, 2008) to have another CMC State Prison dentist examine and treat Burns dental problems. Dr. Carvalho refused to have another CMC State Prison examine and treat Burns, dental problem, and denied Burns dental services and treatment. The Present CRR State issued toothbrushes and tooth powder in General population and in the Ad-Seg housing Unit of CMC State Prison Irritate, aggravate (and (cause severe excruciating pain) my Periodontal Lichen Planus and medical and dental conditions and Burns, cannot use these State issued toothbrushes or tooth powder.

An hour later after Dr. Carvalho refused to have another CMC State Prison dentist treat and examine Burns Dental problems, Burns, appeared before a CMC State Prison Institutional Classification Committee (ICC) to review Burns Initial Placement in Ad-Seg on December 25, 2007 Burns told the ICC that Dr. Carvalho misdiagnosed Burns Periodontal Lichen Planus in 2006 and Burns was psychotropically drugged because of Dr Carvalho's negligence towards Burns, and CMC State Prison Medical and dental employees and Ad-Seg employees were refusing to provide Burns with Burns Medical necessary dental items as previously stated in this Appeal. CMC State Prison Medical and dental employees and Ad-Seg employees are delaying and denying Burns his medically necessary dental items and Special diet as previously Stated in this Appeal, and medical and dental services in retaliation against Burns, because Burns, filed a previous CDCR Administrative Prisoner Appeal IAB Case No. 0706833; Local Log No CMC-07-01622 against CMC State Prison medical and dental employees for being deliberately indifferent towards Burns, Medical and dental problems.

B. ACTION REQUESTED, CONTINUED

and minimize the inflammation and pain from the dental and medical problems this Appeal Addresses ?) Immediately provide Burns, with **A)** A soft bristle toothbrush that will not aggravate or irritate Burns dental problems, **B)** Aqua-fresh Sensitive teeth toothpaste; **C)** Dental floss; **D)** prescription or Ibuprofen of two (2) 400 mg tablets to be taken three times a day as needed or Two 400 mg tablets, two times a day as needed to reduce and minimize the severe pain and inflammation caused by Burns Dental problems. **E)** Provide Burns with a special daily State issued food item diet to reduce and minimize the pain and inflammation caused by Burns present State issued daily food item diet.

EXHIBIT

LETTER

[ B ]

[ COPY OF THE CDCR DIRECTOR'S
LEVEL OF REVIEW FOR CDCR ADMINISTRATIVE
PRISONER APPEAL, IAB CASE NO 0706833,
LOCAL LOG NO CMC-07-01622 ]

EXHIBIT LETTER [ B ]

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:  NOV 2 8 2007

In re:    Christopher Burns, K30680
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

IAB Case No.: 0706833        Local Log No.: CMC-07-01622

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner V. O'Shaughnessy.    All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:**  It is the appellant's position that around 2003 a dentist at Chuckawalla Valley State Prison prescribed Synsodyne toothpaste for sensitive teeth. He states that this toothpaste helped his condition at that time. The appellant claims that he was diagnosed with Lichen Planus in 2006 and again prescribed Synsodyne for his Lichen Planus. It did not relieve all of his symptoms. Ibuprofen was prescribed to relieve his pain. The appellant does not want to be examined or treated by his assigned dentist because the appellant considers the dentist negligent and deliberately indifferent in examining,diagnosing and treating his Lichen Planus. The appellant is requesting: 1) This appeal be processed as an urgent/emergent appeal and a log number assigned; 2) The appropriate staff member review and respond to this appeal; 3) The appellant to receive a notice of the receipt and tracking of this appeal; 5) A prescription for Synsodyne toothpaste; 6) A top quality soft bristle toothbrush that will not irritate or aggravate his disease; 7) Dental floss; 8) A chrono allowing him to retain a soft toothbrush and dental floss; 9) Be barred from his assigned dentist and be reassigned to another California Men's Colony (CMC) dentist; and 10) Be examined and treated by a physician who has special training and previous experience in treating Lichen Planus without delay.

**II    SECOND LEVEL'S DECISION:**  The reviewer found that this appeal will go through the usual process, due to it not fitting the classification of an urgent/emergent issue. It has been assigned a log number and it was sent to the appropriate staff members for a written response. The appellant received notice of medical receiving the appeal. Due to the fact that Synsodyne toothpaste is not a treatment for Lichen Planus but does help reduce sensitivity to the hard tissues (teeth) in the appellant's mouth, this request is denied. Aquafresh for Sensitive Teeth is available to the appellant through the canteen.   Aquafresh has the same active ingredient as Synsodyne and is available to the appellant currently.  The state currently provides the appellant with a soft bristled brush. Dental flossies are currently available in the appellant's quad. Dental chronos are issued only for Dental Priority Classifications. According to the CDCR Dental Policies and Procedures Manual, Chapter 8.4, states "Chronos shall not have health conditions stated in the body of the form." We can not bar you from seeking health care from your assigned dentist. CDCR dentists cannot pick which patients they want to see nor do inmate patients pick who they would like to see. Each inmate patient is randomly assigned via a computer program based on work load so that it is fair to each individual. We do not reassign dentists and/or patients. The appellant may seek care from his assigned primary care physician if he chooses. The appellant will be scheduled to see an oral surgeon in regards to his condition. The appeal was granted in part at the Second Level of Review (SLR) on August 14, 2007.

**III    DIRECTOR'S LEVEL DECISION:**  Appeal is denied.

**A. FINDINGS:**  The Director's Level of Review reviewed the appellant's appeal complaint, the SLR C. Ortiz, Medical Appeals Coordinator, reported that the appellant has an appointment with the oral surgeon at the end of October, 2007. The issues on appeal have been addressed. No modification to the SLR is warranted.

CHRISTOPHER BURNS, K30680
CASE NO. 0706833
PAGE 2

**B. BASIS FOR THE DECISION:**

California Code of Regulations, Title 15, Section: 3350, 3355.1

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

*R. Manuel*

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, CMC
        Health Care Manager, CMC
        Appeals Coordinator, CMC
        Medical Appeals Analyst, CMC

Medical and dental diagnostic Services and treatments to treat my medical and dental problems and periodontal Lichen Planus and thereby alleviate my mild to excruciating pain and inflammation, in an attempt to provoke me to stop eating so that CMC State Prison medical, dental and mental health employees, Prison officials can (again) for the second time subject me to malicious and vindictive forced psychotropic drugging, as CMC State Prison Psychiatrist Dr. Walter who was directly responsible for having me negligently psychotropically drugged in 2006 has been currently assigned to directly care for my psychiatric care and mental health.

HT
HI
HT
HI
LA
LH
LA
IH
HT
HH
HH
HA
HT

My Mother also mailed a letter to Prison Law Office Attorney M) Alison Hardy about my current dental problems of CMC State Prison. MS Hardy mailed a Memorandum dated January 16, 2008 requesting State or California Deputy Attorney General, MR Charles Antonen to make Inquiry Under to Perez Consent Decree Into Why CMC State Prison medical and dental employees were refusing to provide me with, A soft bristle toothbrush, Pain medication, Dental Floss, Aqua fresh Sensitive teeth tooth paste.

As of the present day to date CMC STAte Prison Medical and Dental employees and prison employees to refuse to provide me with a soft bristle toothbrush, Aquafresh sensitive teeth toothpaste, a special daily food item diet and ongoing physical, Dentist, treatments and examination/
的
的

-46-

CMC State Prison medical and dental employees and prison employees, Administrative Segregation employees are delaying, and denying to provide me with the previously mentioned medically necessary medical and dental items, services, and treatment to treat my serious medical and dental problems. In direct retaliation against me for a previously filed CDCR Administrative Prisoner Appeal, IAB Case No 0706833; Local Log No CMC-07-01622, that stated CMC State Prison employees and medical and dental employees has been deliberately indifferent to treating and responding to my medical and dental problem. This Appeal was exhausted of the CDCR Directors Level Of Review On November 28, 2007. [ please see Exhibit Letter [B] Attached to this motion and Declaration for a Copy of the Directors Level Of Review for my Appeal, IAB Case No 0706833; Local Log No CMC-07-01622 ]

### ###
### ###
### ###
### ###
### ###
### ###
### ###
### ###

Periodontal Licho pleases and this Appeal request
that CDCR and CMC Stt prison employees, Medical and
dental employees Immediately providing me will the
following Items and Services to treat and reduce the
mild to excruciating pain and Inflammation I was
experiencing from my dental, medical problems and
periodontal Licho pleases:

1) Soft bristle tooth brush;

2) Aquafresh Sensitive teeth toothpasta;

3) Dental Floss;

4) Adequate and effective medical doses of;
Ibprofen, to reduce pain and excruciating Inflammation;

5) Special daily food item diet;

[Please see, Exhibit Letter [A] Attached to this
Motion and Declaration for a copy of this CDCR
Administrative Prisoner Appeal dated January 03, 2008
requesting these medically necessary Items, medication and diet]

LH

- 42 -

employees and prison officers and officials refuse to provide me with a medically Necessary soft bristle toothbrush, Aquafresh Sensitive teeth toothpaste and a daily special food item diet and medical and dental services to adequately treat alleviate the pain and inflammation associated with my current medical and dental problems and Periodontal Lichen planus, (c) these medical necessary Dental items, Diet, medical and dental services will reduce and minimize the day to day mild to excruciating pain and inflammation I suffer from caused by my medical and dental problems and Periodontal Lichen planus.

Notwithstanding the many CDCR Health care Services Request Forms (CDCR 7362) I have submitted to CMC state prison medical and dental employees since being placed in the Administrative Segregation housing unit in December 25, 2007 CMC state prison medical and dental employees and prison employees
LH
LH
LH

-40-

Lichen Planus but again Dr Carvalho refused to have
another CMC State prison Dentist examine and
treat my dental problems and Periodontal
Lichen Planus

For the third (3rd) time on
January 15, 2008  CMC State Prison Dentist
Dr Carvalho attempted to gain and secure my
consent to allow Dr Carvalho to treat and
examine my dental problems and concerns,
and my periodontal Lichen Planus. I again
told Dr Carvalho he was not going to treat me
and have another Dentist treat and examine my
dental problems. Dr Carvalho then said I was
refusing Dental treatment and for the (3rd) third
time in a row denied me Dental treatment and
services to treat and examine, diagnose my dental
problems, symptoms and periodontal Lichen Planus)

On July 17, 2007, CMC State Prison Dentist Dr Caruchlo attempted to examine my Dental problems and Periodontal Locker Plaeus. I told Dr. Caruchlo that I did not want Dr Caruchlo to examine treat or diagnose my dental problems a now known Periodontal Locker Plaeus beacuse in 2006 Dr Caruchlo was negligent and misdiagnose my dental problems and Periodontal Locker plaeus during the 2006 Dental examination AND I almost died from psychotropic drugging that I was subject to by Dr Caruchlos misdiagnosis of my dental problems and periodontal Locker plaeus. I request Dr Caruchlo to have another CMC State prison Dentist examine, treat and diagnose my dental problems and symptoms and Periodontal Locker plaeus but Dr Caruchlo refused to have another CMC State prison dentist examine and treat my dental problems and Periodontal Locker Plaeus. I requested Dr Caruchlo to let me speak to the Chief Dental Officer and Dr Caruchlo said he was to acting

LA
LA
LA

-36-

From the viewpoint of
the officials of course, the
privileges, of the prison social
system are regarded as rewards,
as something to be achieved;
That is to say, the custodians
hold that recreation, access to
the Prisoner canteen, Good time,
or visits from individuals in the
free community are conditions
upon conformity or good behavior.
But the evidence suggests that
from the viewpoint of the
Prisoners the variety of benefits
granted by the custodians is
not defined as something to be
earned but as an inalienable right

LH
LH
LH
LH
LH

-34-

recreational opportunities and so on
the few pleasures that are
granted take on a new
importance and the threat or their
withdrawal is a more powerful
motive for conformity than those
of us in the free community
can realize. To be locked up
in the Administrative Segregative housing
Unit, (Isolation Unit), that prison
within a prison, to move from
the monotonous often badly
prepared meals in the messhall
to a diet of bread and water;
to be dropped from a dull,
unsatisfying job and forced to
remain in idleness, all perhaps

ᄔ
ᄊ
ᅵᄒ
ᄔ
ᄊ

-32-

under the Plata v Schwarzenegger case; And Mental Health Services under the Coleman v Schwarzenegger case as prisoner [LUXURIES] and [NON-essentials] to the California State prisoner.

[If men are to be controlled
by the use of rewards and punishments —
by promises and threats — at least
one point is patent: the
rewards and punishments dangled
in front of the individual
must indeed be rewards and
punishments from the point of
view of the individual who
is to be controlled. It is
precisely on this point,
however, that the custodial

LH
LH
LH

—30—

resulted in my near death.

I believe CMC State Prison employees misconstrued me not eating for seven [7] consecutive days as a (Power Move) to accelerate medical treatment and services and CMC State prison employees responded and retaliated against me by continuing to delay and deny me medical and dental treatment and services to treat and diagnose my well documented medical and dental problems in my CDCR medical, dental and mental health file.

CMC State prison employees, and Prison officials and officers along with CMC State prison employees supervising Psychiatrist Dr Weaver, supervising psychiatrist Dr Myers and psychiatrist Dr Welte, and Dentist Dr Carvalho misconstrued my not eating for seven [7] consecutive days and decided to (deter) other CMC State prisoners from this supposedly rebellious conduct by intentionally and malicious misdiagnosing

-28-

was experiencing as a result of suffering from a mental illness to subject me to forced psychotropic drugging.

This malicious and grossly negligent psychotropic drugging of me caused me to spiral into a deep depression and induced me to cut my wrist and overdose on Aspirin in a suicide attempt that almost resulted in my near death as I was placed in the Intensive Care Unit of Sierra Vista Regional Medical Center.

From my initial commitment to the CDCR in 1996 to the time I was forced to take antipsychotic drugs in the year of 2006, I had a ten (10) year absence of any suicide attempts and it was not until I was psychotropically drugged by force in violence to my will and consent and under the influence of the drugs did I experience suicidal thoughts and by the condition, the antipsychotic left me in did I attempt suicide.

-26-

Openly Prescribe Patients with Periodontal Lichen Planus not to eat food items, ingredients or drink liquids that aggravate and categorize Periodontal Lichen Planus.

Food items, ingredients and liquids known to aggravate, irritate and inflame Periodontal Lichen Planus are Milk, Butter, Frosting, Citric Acid, Oranges, Apples, Orange Juice, Apple Juice, Onions, Jelly, Syrup, Sugar, Salt, pepper, Spices, Peanut butter, Various Sauces, Barbecue Sauce, Teriyaki sauce, Salza, Sweet and Sour Mustard, Mayonnaise, Salad dressing, gravey, etc.

Periodontal Lichen Planus is known to cause excruciating and Untolerable Inflammation and pain in the tissue of the mouth rendering a Person with Periodontal Lichen Planus Unable to perform the daily essential act of eating one, daily meals. Such was the Case will Me in the year of 2006 before ENT Dr Hardure accurately and correctly diagnosed me with
LH
LH

– 24 –

Written and recorded in my California Department of
Corrections and Rehabilitation Medical, Dental and Mental
health file and had California Mens Colony State Prison
Dentist Dr. Carvalho read this account in my file
Dr Carvalho would not have subjected me to a misdiagnoses
of my dental problems, and had California Mens Colony State
Prison psychiatrist read this account and summary in my file
Dr Welta along with Dr Carvalho would not have repected
the negligent Ironwood State Prison Medical, Dental and
Mental health employees committed in 2002 against me by
describing and dismissing my Medical and dental problems,
symptoms and complaints as delusions caused by a Mental
illness I was suffering from.

I presently suffer from Periodontal
Lichen planus. I was diagnosed with Periodontal
Lichen Planus in the year of 2006 by Ear, Nose
and throat Specialist, Dr Hendric. I also presently

-22-

my cheek and the excruciating pain and inflammation in my gums and tongue I was suffering from as a result of my dental and medical problems.

While in the Ironwood State Prison Administrative Segregation housing unit I was interviewed by two [2] deputies of the State of California Office of the Inspector General about Ironwood State Prison Dental and medical employees refusing to treat my dental problems, and leaving me to suffer with extreme pain and excruciating inflammation caused by my medical and dental problems. These two [#2] deputies of the Office of Inspector General after my interview with them had me transferred that night or the next day to Chuckawalla State prison also in Blythe, California that was about half a mile away from Ironwood State prison.

While at Chuckawalla State prison I was examined by Chuckawalla State prison Dentist, Dr Von Mohr who discovered during a dental examination

LH
LH
LH
LH

G.

[STATEMENT OF THE DELIBERATELY
INDIFFERENT, MALICIOUS AND SADISTIC
FACTS OF DEFENDANTS CONTINUAL PSYCHOLOGICAL
AND PHYSICAL TORTURE OF PLAINTIFF BURNS
IN UTTER CONTEMPT OF THIS COURTS ORDERS
AND IN VIOLATION OF THE PEREZ PRISONER
CLASS ACTION LAWSUIT)

Around October of the year 2002
while I was confined of Ironwood State Prison
In Blythe, California, after a dental cleaning by
Ironwood State Prison Dentist, Dr Garsh I
experienced sever excruciating Pain and inflammation
In my Gum that I had not been suffering from
before this dental cleaning of my teeth by
Dr Garsh.

For about four (4) months after
this dental cleaning of my teeth by Dr Garsh

Suffering from as a result of my well documented medical and dental problems and conditions, more fully detailed and described in the following pages of this Declaration.

I filed this Temporary Restraining Order with the Henderson Court because the appointed Federal Receiver has the (Delegated Responsibility) to make sure CDCR and CMC state Prison employees provide me with medically necessary medical services to treat my Lichen Planus, provide me with a special daily food item diet to accommodate my Lichen Planus and to ensure the CDCR and CMC state Pharmacies provide me with medically necessary Aquafresh sensitive Teeth toothpaste to accommodate my medical and dental problems associated with my periodoah Lichen Planus, and to ensure I have adequate and effective

LH
LH
LH
LH
LH

In default of such
planning, however Judicial
Intervention is Inevitable although
it will as inevitably solve one
prisons problem of the expense
of others. In effect this
is the plight of the California
Men Colony (CMC) state Prison.

Before this Institution
Crosses the Constitutional line on
which it is poised, and in
turn becomes a lead domino
causing further unplanned crunches
the Public through its legislature
and executive has an oppo-tunity
and responsibility to respond].

lll
llll
llll
llll

Overcrowding, as CDCR Prison correctional officers, officials and employees try to operate and manage California State prison Overcrowding. The present Overcrowding in California Prisons has delayed and has denied me Dental Services, treatment and resources as well as Medical and Mental health services, treatment and resources and Medical Necessary Items to alleviate excruciating pain, as a result of too Many Prisoners in need of to few, scarce California State prison resources, supplies, services and Care

<u>Z</u>.

[FEDERAL DISTRICT JUDGE
PAMELA ANN RYMERS ADMONISMENT TO
THE CDCR AT CMC STATE TO SAFELY
RESPOND TO CDCR PRISON OVERCROWDING]

Twenty-five [25] years ago that
Federal District Judge and now Nihth Circuit court of
U+
H+
H+
U+
H+

Fever appointed counselor) who have failed to effectively and adequately inform, advocate and address with this court, Defendants blotant deliberate indifference and malicious and sadistic behavior and conduct towards my Dental problems, conditions, care, treatment and services, and Defendants continued Psychological and Physical torture of me.

D.

## [CTCR NULLIFICATION]

This court is dully aware of Defendants direct nullification of the Federal Law's enjoining Defendants to provide Dental treatment, resources and treatment to California State prisoners

B.

[PLAINTIFF BURNS WAS INCAPACITATED
DUE TO MALICIOUS AND GROSSLY NEGLIGENT
FORCED PSYCHOTROPIC DRUGGING AS A
RESULT OF A DELEBERATELY INDIFFERENT
AND GROSSLY NEGLIGENT DENTAL
EXAMINATION BY CALIFORNIA MENS COLONY
STATE PRISON DENTIST, DR CARUAHLO AND
WAS THUS UNAUAILABLE TO PARTICIPATE
DURING THE COMMENT PERIOD BEFORE
THE COURT APPROVAL OF THE PEREZ
CONSENT DECREE.]

I was Incapacitated due to Malicious
and grossly negligent forced psychotropic drugging against
my consent and voluntary will as a result of a
Deliberately Indifferent and grossly negligent dental
examination by California Mens Colony State Prison Dentist
Dr Caruahlo and Misdiagnosed by Dr Caruahlo, while
I was confined and housed in the CMC State Prison
Mental Health Crisis Unit and the Administrive segregated
housing unit (Isolation Unit), and was thus unavailable

TABLE OF CONTENTS
CONTINUED

Page NO

as CDCR failure to
safely respond to Prison                14
Over crowding will
inevitable result in
Judicial intervention.

F.

Requested Temporary Restraing Order
from the Henderson court overseeing        15 — 16
the Plata v Schawzenegger Lawsuit by
Prisoner to order Defendants to provide
Plantiffs Burns with Medical Necessary items
to allevuate Burns sever and excruciating pain
and inflammation Defendants were denying and
failing to provide Burns with, thereby
Causing Burns to Suffer

G.

STatement of the deliberately           18 — 48
Indifferent, Sadistic, Malicious Facts of
Defendants continual Physical and
Psychological torture in violation of the
Perez Prisoner Class Action Lawsuit

CONCLUSION                              49

EXHIBIT LETTER [ A ] Copy of CDCR
Administrative Prisoner Appeal, dated January 03rd, 2008 Requesting
Medically Necessary items, Medications, Special food item daily diet.
        EXHibit Letter [ B ] Copy of the CDCR Director/
Level of review Concerning Dental Care, Services, for CDCR Administrate
Prisoner Appeal IAB Case No 0706833; Local Log No CMC-07-01622

TABLE OF CONTENTS
CONTINUED

Pages

III.

Declaration of Perez Plaintiff
Christopher T Burns in support
of seeking Leave of court to
file this Notice of Motion, Motion
and Declaration, requesting a court
hearing into Defendants continual
physical and psychological torture
of Plaintiff Burns in utter
contempt of this courts order
and in violation of the
Perez v) Tilton Prisoner Class
Action Lawsuit.

7 - 49

A.

Case History

7

B.

Plaintiff Burns was incapacitated
due to malicious and grossly
negligent forced psychotropic
drugging as a result of a
deliberately indifferent and grossly
negligent Dental examination by
California Mens Colony State Prison
Dentist, Dr Carvahlo and was
thus unavailable to Participate
during the comment Period before
the court approval of the Perez
consent Decree.

8 - 9

the enclosed Notice of motion, Motion, Declaration Support there of dated February 03rd, 2008 and two (2) exhibits in Support thereof for the Pelican U.S. Tilton, Prisoner Class Action Lawsuit.

Clerk of the Court, also enclosed with this Cover letter please find a duplicate handwritten copy of the enclosed Notice of Motion and Motion, Face / Caption Case Sheet and a Self-addressed Stamped - envelope. Please stamp filed on my duplicate copy of the enclosed Face / Caption Case Sheets Motion, and return it to me in the Self Addressed Stamped envelope. Thank-you.

Most cordially,

Christopher T Burns
Christopher T BURNS

Cover letter to the ND Clerk of the Court from Prisoner BURNS
February 03rd, 2008
Backside
Page No One of One