IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER T. BURNS,   )   No. C 08-1112 JSW (PR)
)
      Plaintiff,   )   ORDER OF DISMISSAL
)
  vs.   )
)
CALIFORNIA MENS COLONY,   )
)
      Defendants.   )
)

      On February 25, 2008, Plaintiff filed a *pro se* civil rights action in this Court. On that same day the Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. More than thirty days has passed and Plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The clerk shall close the file and enter judgment in this matter.[1]

      IT IS SO ORDERED.

DATED: May 7, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

---

[1] Plaintiff indicates that he is a class member in a pending class action, and that he wishes to have his complaint filed as a "motion" in said action. Plaintiff has not indicated the case number of the class action, and the Court does not recognize the case simply by its name. Plaintiff must clearly indicate in the caption the case number of the case in which he wishes to have any motion or pleading filed.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER T BURNS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TILTON et al,<br><br>　　　　Defendant. | Case Number: CV08-01112 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher T. Burns K-30680
Baker Facility, California Mens Colony
Cell No. 4259
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: May 7, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk