1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5      FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  CHRISTOPHER T. BURNS,              )          No. C 08-1112 JSW (PR)
                                      )
           Plaintiff,                 )          **JUDGMENT**
8                                     )
     vs.                              )
9                                     )
   CALIFORNIA MENS COLONY,            )
10                                    )
           Defendants.                )
11  _____    )

12

13      An order of judgment is hereby entered DISMISSING this action without

prejudice.

14

15      IT IS SO ORDERED.

DATED:May 7, 2008

16

17  _____
    JEFFREY S. WHITE
18  United States District Judge

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER T BURNS,

          Plaintiff,

  v.

TILTON et al,

          Defendant.

                                 /

Case Number: CV08-01112 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher T. Burns K-30680
Baker Facility, California Mens Colony
Cell No. 4259
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: May 7, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk