IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND V. HINTZ, | ) | No. C 08-1112 JSW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| JOHN BEAUDIN, JULIE RASMUSSEN, | ) | |
| Defendants. | ) | |

On March 5, 2008, Plaintiff filed a *pro se* civil rights action in this Court. Plaintiff only filed a cover sheet of a "complaint," with no pleadings attached. On that same day the Court sent a notification to Plaintiff informing him that he had not filed a complaint or petition, and that the case would be dismissed if Plaintiff failed to submit either a complaint or petition within thirty days. Also on that same day, the Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. On March 13, 2008, these deficiency notices were returned as undeliverable because Plaintiff had not provided the Court with his correct prisoner identification number.

On March 17, 2008, the Court re-sent the same two deficiency notices to Plaintiff, again cautioning Plaintiff that his failure to submit a complaint or petition and file a completed ifp application within thirty days would result in the dismissal of this action. These second deficiency notices were not returned as undeliverable. More than thirty

days have passed since March 17, 2008, and Plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice. The clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: May 8, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER T BURNS,

    Plaintiff,

v.

TILTON et al,

    Defendant.

Case Number: CV08-01112 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher T. Burns K-30680
Baker Facility, California Mens Colony
Cell No. 4259
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: May 8, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk